Squire Patton Boggs (US) LLP
G. David Godwin (CA State Bar # 148272)
david.godwin@squirepb.com
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendants
Nationwide Mutual Insurance Company; Allied Insurance Group, Inc.; and AMCO Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING V, LLC, a California Limited Liability Company, MARSH'S CARPETS, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; ALLIED INSURANCE GROUP, INC.; and AMCO INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-02370-MCE-AC<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO REMAND AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: October 29, 2020 |

- 1 -

STIPULATION SETTING SCHEDULE FOR MOT. TO REMAND, EXTENDING TIME TO RESPOND
Case No. 2:20-CV-02370-MCE-AC

Pursuant to Civil Local Rule 143, Defendants Nationwide Mutual Insurance Company; Allied Insurance Group, Inc.; and AMCO Insurance Company ("Defendants") and Plaintiff Flying V, LLC and Marsh's Carpets, Inc. ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served its Complaint ("Complaint") on Nationwide, AMCO and Allied [Dkt. 1];

WHEREAS, Defendants timely removed this action from the Superior Court, for the County of Sacramento to this Court on November 27, 2020;

WHEREAS, Plaintiff anticipates filing a motion to remand this action to the State Court within thirty (30) days after the filing of the Notice of Removal (*i.e.,* by December 28, 2020);

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendants' current deadline to respond to Plaintiffs' Complaint is December 4, 2020;

WHEREAS, no extensions of time have previously been obtained by the parties;

WHEREAS, the parties agree that it would result in the needless expenditure of private and judicial resources for any defendant to respond to the complaint until after the motion for remand is decided and it is known whether this case will proceed in this Court or in State Court;

**IT IS ACCORDINGLY STIPULATED,** by and between the undersigned counsel for the parties, that Defendants' obligation to answer, move or otherwise respond to the complaint is stayed pending resolution of any motion to remand.  If the Court denies the motion to remand, the parties agree that Defendants' obligation to answer, move or otherwise respond to the complaint shall be extended 21 days after the date the Court issues said order, or 21 days after plaintiff files an amended

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

C:\Users\ctapia\Desktop\Stipulation to Extend Response Deadline.DOCX

complaint as set forth in the Court's Initial Pretrial Scheduling Order.  If the Court grants the motion to remand, the parties agree that defendants' obligation to answer, move or otherwise respond to the complaint shall be extended 21 days after the State Court receives the case on remand.

Dated:  December 2, 2020				Squire Patton Boggs (US) LLP

							By: */s/ G. David Godwin*
							G. David Godwin
							Attorneys for Defendants
							Nationwide Mutual Insurance
							Company; Allied Insurance Group,
							Inc.; and AMCO Insurance
							Company

Dated:  December 2, 2020				Desmond, Nolan, Livaich & Cunningham

							By: */s/  Brian Manning* (as authorized on 12/2/2020)
							Brian Manning (CA Bar No. 241512)
							15th & S Building
							Sacramento, California 95811
							T: (916) 443.2051
							Attorneys for Plaintiffs Flying V, LLC
							and Marsh's Carpets, Inc.

	IT IS SO ORDERED.

Dated:  December 7, 2020

							_____
							MORRISON C. ENGLAND, JR
							SENIOR UNITED STATES DISTRICT JUDGE

- 3 -   STIPULATION SETTING SCHEDULE FOR MOT. TO REMAND, EXTENDING TIME TO RESPOND
Case No. 2:20-CV-02370-MCE-AC