UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING V, LLC, et al., | No. 2:20-cv-02370-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

Through this action, Plaintiffs Flying V, LLC, and Marsh's Carpets, Inc., (collectively "Plaintiffs") seek to recover from insurers Nationwide Mutual Insurance Company, Allied Insurance Group, and AMCO Insurance Group (collectively "Defendants") for damages sustained when Plaintiffs' property was flooded.  Defendants removed the case here from the Sacramento County Superior Court.  Presently before this Court is Plaintiffs' Motion to Remand, ECF No. 6, which argues that diversity jurisdiction is lacking and, regardless, that the Court should abstain from hearing this case.[1]

///

---

[1] Because oral argument would not have been of material assistance, the Court ordered these matters submitted on the briefs.  ECF Nos. 4, 7; see E.D. Cal. Local Rule 230(g).

1

1  Plaintiffs concede on Reply that their jurisdictional argument is flawed and does
2 not support remanding this case.  The Court also declines to abstain from hearing this
3 properly removed, garden-variety, insurance dispute.  Accordingly, Plaintiffs' Motion
4 (ECF No. 6) is DENIED.
5  IT IS SO ORDERED.
6
7 Dated:  September 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE