Squire Patton Boggs (US) LLP
G. David Godwin (CA State Bar # 148272)
david.godwin@squirepb.com
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendants
Nationwide Mutual Insurance Company; Allied Insurance Group, Inc.; and AMCO Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING V, LLC, a California Limited Liability Company, MARSH'S CARPETS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; ALLIED INSURANCE GROUP, INC.; and AMCO INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02370-MCE-AC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION TO VACATE HEARINGS AND ORDER**<br><br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed:   October 29, 2020 |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: the Parties have agreed to a confidential settlement in the above-captioned matter, subject to the completion of certain terms and conditions.

The terms of the settlement will result in a dismissal of the entire action with prejudice upon the satisfaction of certain conditions.  It is expected that all

conditions will be met and a stipulation for dismissal will be filed within 21 days of this Notice.

In light of this conditional settlement, and pursuant to Local Rule 160, the Parties who have appeared in this action respectfully request and stipulate to and that the Court request that the Court vacate all deadlines governing this case.

Dated: September 23, 2021      Squire Patton Boggs (US) LLP

By: */s/ G. David Godwin*
G. David Godwin
Attorneys for Defendants
Nationwide Mutual Insurance
Company; Allied Insurance Group,
Inc.; and AMCO Insurance
Company

Dated: September 23, 2021      Desmond, Nolan, Livaich & Cunningham

By: */s/ Brian Manning* (as authorized on 09/23/2021)
Brian Manning (CA Bar No. 241512)
15th & S Building
Sacramento, California 95811
T: (916) 443.2051
Attorneys for Plaintiffs Flying V, LLC and Marsh's Carpets, Inc.

IT IS SO ORDERED.

Dated: September 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -   NOTICE OF CONDITIONAL SETTLEMENT AND ORDER
Case No. 2:20-CV-02370-MCE-AC