Squire Patton Boggs (US) LLP
G. David Godwin (CA State Bar # 148272)
david.godwin@squirepb.com
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendants
Nationwide Mutual Insurance Company; Allied Insurance Group, Inc.; and AMCO Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING V, LLC, a California Limited Liability Company, MARSH'S CARPETS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; ALLIED INSURANCE GROUP, INC.; and AMCO INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-02370-MCE-AC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: October 29, 2020 |

IT IS HEREBY STIPULATED by and between Plaintiff FLYING V, LLC and MARSH'S CARPETS, INC. ("PlaintiffS"), on the one hand, and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED INSURANCE GROUP, INC. and AMCO INSURANCE COMPANY; ("Defendants"), on the

other hand, through their counsel of record, that the above captioned action shall be, and hereby is, dismissed **with prejudice** in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendants shall bear their own fees and costs.

All signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated:  October 13, 2021                    Squire Patton Boggs (US) LLP

By: */s/ G. David Godwin*
  G. David Godwin
  Attorneys for Defendants
  Nationwide Mutual Insurance
  Company; Allied Insurance Group,
  Inc.; and AMCO Insurance
  Company

Dated:  October 13, 2021                    Desmond, Nolan, Livaich & Cunningham

By: */s/ Brian Manning* (as authorized on 10/13/2021)
  Brian Manning (CA Bar No. 241512)
  15th & S Building
  Sacramento, California 95811
  T: (916) 443.2051
  Attorneys for Plaintiffs Flying V, LLC
  and Marsh's Carpets, Inc.

# ORDER

IT IS HEREBY ORDERED that, pursuant to stipulation between Plaintiffs FLYING V, LLC and MARSH'S CARPETS, INC., on the one hand, and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED INSURANCE GROUP, INC. and AMCO INSURANCE COMPANY, on the other hand, this action shall be, and hereby is, dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiffs and Defendants shall bear their own fees and costs.

IT IS SO ORDERED.

Dated:  October 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE